**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____  Original Plan

■ 5th _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Priscilla Joyce Miller     JOINT DEBTOR: _____     CASE NO.: 17-24747-RBR

SS#: xxx-xx- 4344     SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ | ☐ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section VIII | ☐ | ■ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,875.31 for months 1 to 15 ;
2. $2,666.83 for months 16 to 60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: | $4175.00 | Total Paid: | $1150.00 | Balance Due: | $3025.00 |
|---|---|---|---|---|---|
| Payable | $201.76 | /month (Months 1 to 15) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Base Fee: $3,500 + (1) MTV Auto $525 + General Cost: $150

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: U.S. Bank National Association, not in its individual Capacity but Solely As Trustee for the RMAC Trust, Series 2016-CTT
   c/o Rushmore Loan Management Services, LLC

   Address: POB 52708
   Irving, CA 92619-2708

   Arrearage/ Payoff on Petition Date: $8,303.97
   Arrears Payment (Cure): $138.40 /month (Months 1 to 60)
   Regular Payment (Maintain): $1,947.23 /month (Months 1 to 60)

   Last 4 Digits of Account No.: 9477
   Other: (POC #06)

■ Real Property                             Check one below for Real Property:
    ■ Principal Residence                       ■ Escrow is included in the regular payments
    ☐ Other Real Property                       ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1170 Cedar Creek Way
Davie, FL 33325

☐ Personal Property/Vehicle

Description of Collateral:

---

**2. Creditor:** Shenandoah Community Association, Inc.

**Address:** 1145 Sawgrass Corporate Parkway
Sunrise, FL 33323

Arrearage/ Payoff on Petition Date: $7,694.77
Arrears Payment (Cure): $128.25 /month (Months 1 to 60)
Regular Payment (Maintain): $50.00 /month (Months 1 to 60)

**Last 4 Digits of Account No.:** 2704

**Other:** (POC #03)

■ Real Property                             Check one below for Real Property:
    ■ Principal Residence                       ☐ Escrow is included in the regular payments
    ☐ Other Real Property                       ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1170 Cedar Creek Way
Davie, FL 33325

☐ Personal Property/Vehicle

Description of Collateral:

---

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ■ NONE

**2. VEHICLES(S):** ☐ NONE

**1. Creditor:** American Credit Acceptance, LLC

**Address:** 961 East Main Street
Spartanburg, SC 29302

Value of Collateral: $7,810.00
Amount of Creditor's Lien: $14,475.90
Interest Rate: 5.25%

**Payment**
Total paid in plan: $8,896.80
$148.28 /month (Months 1 to 60)

Last 4 Digits of Account No.: 4344
VIN: WDDGF4HB4DR243845
Description of Collateral:
2013 Mercedes Benz C250    (POC #05)

Check one below:
■ Claim incurred 910 days or more pre-petition
☐ Claim incurred less than 910 days pre-petition

**3. PERSONAL PROPERTY:** ■ NONE

    **C.** **LIEN AVOIDANCE**   ☒ NONE

    **D.** **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

        ☐ NONE

        ☐ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

        ☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Discover Bank | 1491 | Security deposit of $200.00 on prepaid Credit Card |

    **E.** **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

        ☒ NONE

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

    **A.** **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

    **B.** **INTERNAL REVENUE SERVICE:** ☒ NONE

    **C.** **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

    **D.** **OTHER:** ☒ NONE

**V.** **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

    **A.** Pay   $12.23   /month (Months   16   to   60   )

        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C.** **SEPARATELY CLASSIFIED:**   ☒ NONE

    *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

    ☒ NONE

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ☒ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**VIII.** **NON-STANDARD PLAN PROVISIONS** ☒ NONE

Debtor(s): Priscilla Joyce Miller     Case number: 17-24747-RBR

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Priscilla Joyce Miller | | | |

| Charles Restrepo o/b/o Debtor | 05/10/2018 |
|---|---|
| Attorney with permission to sign on Debtor(s)' behalf | Date |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**